UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

20-16186

UNITED STATES OF AMERICA )                Mag. No. 9452440
                         )     Misdemeanor Class A VIOLATION
         v.              )
                         )
Andy Hernandez           )     Offense on a Federal Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day Vijay Dewan, Assistant U.S. Attorney, United States Attorney=s Office, Newark, New Jersey, who, under oath charges:

On or about the 27th day of February, 2020, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of Andy Hernandez did, at approximately 17:09 hours, at:

Harthshorne Drive

1) Knowingly possess a controlled dangerous substance, to wit: Marijuana in violation of 21 USC 844(a).

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_____
VIJAY DEWAN
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

10/7/20
_____
DATE

_____
HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE